IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS (Central Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO 4:25-11011 |
| Kristian D. Nelson | ) | CHAPTER 13 |
| Debtor | ) | HONORABLE Richard D. Taylor |
| | ) | |

## OBJECTION TO CONFIRMATION

COMES NOW, Harley-Davidson Credit Corp, and for its Objection, respectfully states to the Court as follows:

1. The secured creditor is the holder of a Retail Installment Sale Contract, secured by a 2017 Harley-Davidson FXSB Breakout; VIN 1HD1BFV16HB047213 (the "Collateral").

2. The Debtor's Plan does not address this debt or otherwise indicate whether the Collateral is to be retained or surrendered.

3. The Debtor's plan is in violation of 11 U.S.C. 1325(a)(5)(B)(i) and (ii) in that the plan fails to provide for the claim of Harley-Davidson Credit Corp.

**WHEREFORE**, having fully prayed, Creditor requests that confirmation of the proposed Chapter 13 plan be denied, and for such other and further relief as the Court deems proper.

Respectfully submitted,

/s/ Michael P. Gaughan
Michael P. Gaughan, 31121
(Admitted to the United States District Court
for the District of Arkansas on December 11, 2019)
10484 Marty Street
Overland Park, KS 66212
(913) 648-6333 / Fax: (913) 642-8742
mgaughan@lewisricekc.com
ATTORNEY FOR MOVANT

## CERTIFICATE OF MAILING

      The undersigned hereby certifies that a copy of the Objection to Chapter 13 Plan was deposited in United States mail, postage prepaid, this 6th day of May 2025, to the following:

Kristian D. Nelson
50 Bobby Jones Road
England, AR 72046
Debtor

Kent Pray
PO Box 94224
N. Little Rock, AR 72190
Attorney for Debtor

Mark T. McCarty
PO Box 5006
N. Little Rock, AR 72119
Trustee

                                /s/ Michael P. Gaughan
                                Michael P. Gaughan
                                Attorney for Movant