IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: Kristian D Nelson           CASE NO: 4:25-bk-11011 T
Chapter 13

---

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

---

COMES NOW THE COURT and finds that an order was entered in the above styled case on 06/18/2025, Docket Entry [43], requiring the Debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if the payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the Debtor to comply with the court's order of 06/18/2025.

IT IS SO ORDERED.

Date: 07/08/2025                           /s/ Richard D. Taylor

Richard D. Taylor
U.S. Bankruptcy Judge

cc: Mark T. McCarty, Trustee

Kent Pray
P O Box 94224
North Little Rock, AR 72190

Kristian D Nelson
50 Bobby Jones Rd
England, AR 72046

All Creditors